# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 17, 2021

Mr. David Crews
Northern District of Mississippi, Greenville
United States District Court
911 Jackson Avenue
Oxford, MS 38655

    No. 20-60819   In re: Carlos Foxx
                         USDC No. 4:20-CV-146

Dear Mr. Crews,

Enclosed is a copy of the judgment issued as the mandate.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Whitney M. Jett, Deputy Clerk
                        504-310-7772

cc w/encl:
    Mr. Carlos Foxx

# United States Court of Appeals
# for the Fifth Circuit

_____

No. 20-60819
_____

IN RE: CARLOS FOXX, *also known as* FOX,

                                                *Movant*.

_____

Authorization to file Successive Habeas Corpus Petition

_____

CLERK'S OFFICE:

    Authorization to file a successive habeas corpus petition is dismissed for failure to comply with this Court's notice of September 4, 2020.

                                       LYLE W. CAYCE
                                       Clerk of the United States Court
                                       of Appeals for the Fifth Circuit

By: _____
       Whitney M. Jett, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT



**A True Copy**
**Certified order issued Feb 17, 2021**

**Clerk, U.S. Court of Appeals, Fifth Circuit**